Affirmed and Opinion filed July 18, 2002














Affirmed and Opinion filed July 18, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-01-01149-CR,

              14-01-01150-CR, &

         14-01-01151-CR

____________

 

BEN JOHNSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________

 

On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause Nos. 876,073; 876,072; & 876,071

 

_______________________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            Appellant entered pleas of guilty to
three counts of aggravated robbery.  On October 10, 2001, the trial
court sentenced appellant to confinement for fifteen years in the Institutional
Division of the Texas Department of Criminal Justice on each count, sentences
to run concurrently.  Appellant filed a
notice of appeal.

            Appellant’s appointed counsel filed
a brief in which he concludes the appeals are wholly frivolous and without
merit.  The brief meets the requirements
of Anders v. 








California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a
professional evaluation of the record demonstrating why there are no arguable
grounds to be advanced.  See High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978).

            A copy of counsel’s brief was
delivered to appellant.  Appellant was
advised of the right to examine the appellate record and file a pro se
response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this date, no pro se response has been
filed.

            We have carefully reviewed the
record and counsel’s brief and agree that the appeals are wholly frivolous and
without merit.  Further, we find no
reversible error in the record.  A
discussion of the brief would add nothing to the jurisprudence of the state.

            Accordingly, the judgment of the
trial court is affirmed.

 

                                                                        PER
CURIAM

 

Judgment rendered and Opinion
filed July 18, 2002.

Panel consists of Justices
Hudson, Fowler, and Edelman. 

Do Not Publish — Tex. R. App. P. 47.3(b).